UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
HERMAN ET AL.,

                           Plaintiff,                  **DECLARATION**

-against-                                      24 CV 6093

THE CITY OF NEW YORK, ET AL.,

                           Defendants.
-----------------------------------------------------------------------x

      I, VIK PAWAR, do hereby swear under 28 U.S.C. 1746 that the following is true under the penalties of perjury.

1. I am over eighteen (18) years old.
2. I am not a party to this action.
3. On September 3, 2024, I served the defendant City of New York with a summons and complaint in this action.
4. The service was effectuated at the email address designated by the City to accept service ServiceECF@law.nyc.gov.

Dated:  September 3, 2024
          New York, New York 10007

                                                         Vik Pawar



Vik Pawar <vikrantpawaresq@gmail.com>

# Proof of service receipt
1 message

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>   Tue, Sep 3, 2024 at 9:16 AM
To: Vik Pawar <vikrantpawaresq@gmail.com>

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including  the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.