UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KISMA HERMAN, *on behalf of herself*
*and her late sister Junaydah Herman*,

                       Plaintiff,                       **24 Civ. No. 6093 (LAK) (GS)**

       -against-                                **ORDER**

CITY OF NEW YORK, et al.,

                     Defendants.
-------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        Plaintiff initiated this action against the City of New York on August 12, 2024. (Dkt. No. 1). The Clerk issued a summons as to the City on August 27, 2024. (Dkt. No. 7). On September 3, 2024, Plaintiff filed a Certificate of Service stating the City was served with a copy of the summons and the Complaint on that same day via email to ServiceECF@law.nyc.gov. (Dkt. No. 8). Accordingly, the deadline for the City to answer or otherwise respond to the Complaint was September 24, 2024. (*See id.*). To date, however, the City has neither appeared in this action nor responded to the Complaint. Accordingly, the Clerk of Court is respectfully directed to serve a copy of this Order on the Office of the Corporation Counsel for the City of New York. Counsel for the City is directed to promptly confer with Plaintiff's counsel and inform the Court as to (1) whether the City acknowledges that it has been properly served; (2) which, if any, of the other named Defendants Corporation Counsel intends to represent and accept service on behalf of; and (3) a proposed deadline for the City (and any other Defendants represented by the City) to answer or otherwise respond to the Complaint.

        **SO ORDERED.**

DATED:    October 11, 2024
               New York, New York

                                                                          The Honorable Gary Stein
                                                                          United States Magistrate Judge